UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY NEVES,<br>　　　　Plaintiff,<br>　　v.<br>DENNIS VEGA, et al.,<br>　　　　Defendants. | Case No.  16-cv-02877-SI<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated:   October 28, 2016

_____
SUSAN ILLSTON
United States District Judge